```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 2, 2020
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ABDOU BADIANE,                          :
                                        :
                                        :   20 Civ. 2054 (VM)
                    Plaintiff,          :
                                        :
    -against-                           :        ORDER
                                        :   NO ANSWER TO COMPLAINT
JPMORGAN CHASE BANK, N.A.,              :   REQUEST FOR STATUS REPORT
                                        :
                    Defendant.          :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that the action was filed on March 6, 2020 (see Dkt. No. 1), that service of process was made on defendant herein on May 14, 2020 (see Dkt. No. 12), and that the answer to the complaint was due by June 4, 2020. The public file contains no record that such answer has been made by any defendant, and no other communication with the Court has been received. Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to inform the Court within thirty (30) days of the date of this Order concerning the status of this litigation and plaintiff's contemplation with regard to any further proceedings with regard to this action. In the event no timely response to this Order is submitted the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          2 September 2020

                                        _____
                                              Victor Marrero
                                              U.S.D.J.