```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ABDOU BADIANE,                      :
                                    :
                    Plaintiff,      :   20 Civ. 2054 (VM)
                                    :
    - against -                     :   ORDER
                                    :
J.P. MORGAN CHASE BANK, N.A,        :
                                    :
                    Defendant.      :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The conference currently scheduled for Friday, December 18, 2020 at 10:30 a.m. is hereby canceled.

**SO ORDERED.**

Dated:   New York, New York
         14 December 2020

Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: December 14, 2020

1